✎AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Georgia

UNITED STATES OF AMERICA
v.
Karim M. Davis

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

Case No. 1:26PO51558-1

CVB No. GS6 E2712696

Pro Se
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded not guilty to Count 1

Following a bench trial, the defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 38 C.F.R. 1.218(B)(29) | Parking Spaces Posted as Reserved | 04/16/2026 | 1 |
| | | | |

☐ Count(s) ____________ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | | Assessment | Fine | Processing Fee |
|---|---|---|---|---|
| **Total:** | $50.00 | $ 5.00 | $ 15.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 5485

Defendant's Year of Birth: 1969

City and State of Defendant's Residence:
Augusta, GA

October 14, 2026
Date of Imposition of Judgment

Christopher L. Ray
Signature of Judge

Christopher L. Ray, United States Magistrate Judge
Name and Title of Judge

October 14, 2026
Date